**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---

PATSY BODIFORD,

    Plaintiff,

v.                                                  Case No. 19-1035

PHIL STAMMITTI et al,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated August 29, 2019,

IT IS ORDERED AND AJUDGED that judgment is entered in favor of Defendants and against Plaintiff Patsy Bodiford. Dated at Port Huron, Michigan this 29th day of August 2019.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 29, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 29, 2019, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-1035.BODIFORD.judgment.HEK.docx